"O"

FILED
CLERK, U.S. DISTRICT COURT

JUL 2 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WALTER BERNARD GATES,<br><br>    Petitioner,<br><br>    v.<br><br>J F SALAZAR,<br><br>    Respondent. | Case No. EDCV 07-00734 AG (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto, *de novo*. IT IS ORDERED that:

    1.    The Court finds the Objections principally repeat arguments that Petitioner raised in his claims for relief and lack merit for the reasons discussed in the R&R. Therefore, the Objections are overruled and the R&R is approved and adopted.

    2.    Judgment shall be entered denying the Petition and dismissing this action with prejudice.

    3.    All motions are terminated as moot.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: July 26, 2008

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE