UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WALTER BERNARD GATES,<br><br>    Petitioner,<br><br>    v.<br><br>J F SALAZAR,<br><br>    Respondent. | Case No. EDCV 07-00734 AG (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Report and Recommendation, the claims in the Petition are dismissed with prejudice.

Dated: July 26, 2008

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE